UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CR-294 (CEJ) |
| | ) | |
| MANUEL MONTES-CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial motions in this case to United States Magistrate Judge Thomas C. Mummert, III for determination and recommended disposition, where appropriate. On November 4, 2005, Judge Mummert issued a Memorandum and an Order and Report and Recommendation in which he recommended the denial of the motions filed by defendant Manuel Montes-Castillo to suppress evidence, to suppress statements, and to suppress electronic surveillance.

The defendant has filed general, unsupported objections to these recommendations. After *de novo* review, the Court finds that the magistrate judge's factual findings are fully supported by the testimony and exhibits presented at the suppression hearing and that the magistrate judge's legal conclusions are consistent with the law applicable to the issues presented by the defendant's motions. Therefore, the defendant's objections will be overruled.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Report and

Recommendation of United States Magistrate Judge is **sustained, adopted and incorporated herein**.

**IT IS FURTHER ORDERED** that the motions of defendant Manuel Montes-Castillo to suppress evidence [Doc. #129], to suppress statements [Doc. #130], and to suppress electronic surveillance [Doc. #131] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2005.